```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 07333
    DESHAWN M BOYETT
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-8725

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/27/2008 and was confirmed 05/21/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 11/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
UPFRONT MONEY              UNSEC W/INTER      379.80          .00          .00
AMERICASH LOANS            UNSEC W/INTER      688.22          .00          .00
AMERICAS FINANCIAL CHOIC   UNSEC W/INTER  NOT FILED           .00          .00
HSBC CARD SERVICES LII     UNSEC W/INTER  NOT FILED           .00          .00
CORNERSTONE CREDIT UNION   UNSEC W/INTER     6754.02          .00          .00
REPRODUCTIVE HEALTH SPEC   UNSEC W/INTER      405.43          .00          .00
SPRINT-NEXTEL CORP         UNSEC W/INTER     1180.06          .00          .00
PREMIER BANKCARD           UNSEC W/INTER      496.44          .00          .00
HSBC                       UNSEC W/INTER      871.39          .00          .00
IC SYSTEMS INC             NOTICE ONLY    NOT FILED           .00          .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      226.97          .00          .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      450.00          .00          .00
NATIONS RECOVERY CENTER    NOTICE ONLY    NOT FILED           .00          .00
PENTAGROUP FINANCIAL LLC   NOTICE ONLY    NOT FILED           .00          .00
PURPLE ADVANTAGE/FBOFD     UNSEC W/INTER  NOT FILED           .00          .00
STERLING & KING            UNSEC W/INTER  NOT FILED           .00          .00
STOKES & CLINTON           NOTICE ONLY    NOT FILED           .00          .00
THE MONEY STORE            UNSEC W/INTER  NOT FILED           .00          .00
UNIVERSAL LENDERS INC      UNSEC W/INTER     1470.19          .00          .00
UNIVERSAL LENDERS INC      UNSEC W/INTER  NOT FILED           .00          .00
USA PAYDAY LOANS           UNSEC W/INTER  NOT FILED           .00          .00
WESTBURY VENTRUES          NOTICE ONLY    NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      169.20          .00          .00
AUDREY BOYETT              NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS TITLE LOAN        SECURED VEHIC     370.02         3.20        150.20
LEGAL HELPERS PC           DEBTOR ATTY      2,681.00                   1,513.90
TOM VAUGHN                 TRUSTEE                                       144.98
DEBTOR REFUND              REFUND                                        350.76

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 07333 DESHAWN M BOYETT
```

```
--------------------------------------------------------------------------
TRUSTEE                                  2,163.04

PRIORITY                                                              .00
SECURED                                                            150.20
    INTEREST                                                          3.20
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,513.90
TRUSTEE COMPENSATION                                               144.98
DEBTOR REFUND                                                      350.76
                                       ---------------    ---------------
TOTALS                                   2,163.04             2,163.04
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/17/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE








                        PAGE   2
      CASE NO. 08 B 07333 DESHAWN M BOYETT